589 A.2d 204

**In re Condemnation of Lands Situate and Being in the City of Scranton, Pennsylvania, for the Elimination of Blighted Areas and the Replanning and Redevelopment of Such Area.**

**Petition of Leon WASSER and Elizabeth Wasser.**

Supreme Court of Pennsylvania.

Jan. 28, 1991.

## ORDER

PER CURIAM.

AND NOW, this 28th day of January, 1991, upon consideration of petitioner's Motion to Expedite and Consolidate Petitions for Allowance of Appeal is hereby GRANTED. Furthermore, both Petitions for Allowance of Appeal are hereby DENIED.